525 U. S. 471 (1999).   Reported below: 152 F. 3d 1213 and 159 F. 3d 1217.

No. A–584.   MONROE v. BADING, SHERIFF, CALDWELL COUNTY. Application for certificate of appealability, addressed to JUSTICE GINSBURG and referred to the Court, denied.

No. D–2013.   IN RE DISBARMENT OF REHBERGER.   Disbarment entered.   [For earlier order herein, see 525 U. S. 998.]

No. D–2049.   IN RE DISBARMENT OF MCGEE.   Charles A. McGee, of Fort Payne, Ala., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2050.   IN RE DISBARMENT OF PHILLIPS.   Edward Hamilton Phillips, of Chicago, Ill., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2051.   IN RE DISBARMENT OF BURGESS.   John All Burgess, of South Burlington, Vt., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 98–231.   GRUPO MEXICANO DE DESARROLLO, S. A., ET AL. v. ALLIANCE BOND FUND, INC., ET AL.   C. A. 2d Cir.   [Certiorari granted, 525 U. S. 1015.]   Motion of the Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument denied.

No. 98–387.   GREATER NEW ORLEANS BROADCASTING ASSN., INC., ET AL. v. UNITED STATES ET AL.   C. A. 5th Cir.   [Certiorari granted, 525 U. S. 1097.]   Motion of petitioners to dispense with printing the joint appendix granted.

No. 98–436.   ALDEN ET AL. v. MAINE.   Sup. Jud. Ct. Me. [Certiorari granted, 525 U. S. 981.]   Motion of the Solicitor General for divided argument granted.